# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TOM FOSTER, ADMINISTRATOR OF THE ESTATE OF KENNETH W. FOSTER, DECEASED,

           Respondent

       v.

GOLDEN GATE NATIONAL SENIOR CARE, LLC; ERIE OPERATING, LLC D/B/A GOLDEN LIVINGCENTER - WALNUT CREEK; ERIE ACQUISITION, LLC; GGNSC EQUITY HOLDINGS, LLC; GGNSC HOLDINGS, LLC; GGNSC CLINICAL SERVICES, LLC; GGNSC ADMINISTRATIVE SERVICES, LLC; SPECTRA HEALTHCARE ALLIANCE VI, LLC; SPECTRA HEALTHCARE ALLIANCE INC; BEVERLY ENTERPRISES, INC.; AND DENISE CURRY, AN INDIVIDUAL,

           Petitioners

:  No. 249 WAL 2016
:
:
:  Petition for Allowance of Appeal from
:  the **Unpublished Judgment Order and**
:  **Order** of the Superior Court at No. 1147
:  WDA 2015 entered on May 26, 2016,
:  **affirming** the Order Entered of the Erie
:  County Court of Common Pleas at No.
:  10202 of 2004 entered on July 7, 2015

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**. This matter is **REMANDED** for proceedings consistent with the decision in *Taylor v. Extendicare Health Facilities, Inc.,* ___ A.3d ___, 2016 WL 5630669 (Pa. September 28, 2016).